IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LOWE,

     Plaintiff,                          CV F 04 6430 REC WMW P

   vs.                              ORDER CONSTRUING NOTICE
                                        AS  SUGGESTION OF DEATH
                                        UPON THE RECORD

UNITED STATES,

     Defendant.

       Plaintiff is a federal prisoner proceeding pro se in a civil action against the United States.

       On May 31, 2005, the court received a notice by counsel for defendant of the death of plaintiff.  Pursuant to Fed. R. Civ. P. 25(a)(1), successors or representatives of a deceased party may make a motion for substitution "not later than 90 days after the death is suggested upon the record" and continue the action.   The court accepts the suggestion of death upon the record.  Under Rule 25(a)(1), unless a motion for substitution is made, "the action shall

1

be dismissed as to the deceased party." Absent such a statement, this case will be dismissed in 90 days.

                                                    HOLLIS G. BEST

                              UNITED STATES MAGISTRATE JUDGEIT IS SO ORDERED.

Mmkd34**Dated:   June 14, 2005**         **/s/  William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE