IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES LOWE,

    Plaintiff,                                CV F 04 6430 REC WMW   P

    vs.                                         ORDER DISMISSING ACTION

UNITED STATES OF AMERICA,

    Defendant.

        Plaintiff was a federal prisoner proceeding pro se in a civil action against the Unites States.   On June 14, 2005, an order August 24, 2005, an order was entered, construing a notice sent by counsel for defendant of the death of plaintiff as a suggestion of death upon the record. Pursuant to Fed.R.Civ.P. 25(a)(1), successors or representatives of a deceased party may make a motion for substitution "not later than 90 days after the death is suggested upon the record" and continue the action.   The 90 day period has passed, and no motion for substitution has been made.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.  The clerk is directed to enter judgment for the United States.

    IT IS SO ORDERED.

**Dated:  November 1, 2005**                                **/s/ Robert E. Coyle**
668554                                                UNITED STATES DISTRICT JUDGE

1